UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number 1:17-cv-20877-KMW

JUAN CARLOS GIL

 Plaintiff,
v.

NU LIFE INSTITUTE, INC.

 Defendant.

**NOTICE OF SETTLEMENT**

 Plaintiff Juan Carlos Gil, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

 Respectfully submitted on this 23rd day of August, 2017.

            *s/ Scott R. Dinin*
            Scott R. Dinin
            SCOTT R. DININ P.A.
            4200 NW 7th Avenue
            Miami, Florida 33127
            Telephone: (786) 431-1333
            Facsimile: (786) 513-7700
            Email: inbox@dininlaw.com
            *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed in the U.S. Court's CM/ECF system and as such, an electronic copy was sent to:

Veronica M. Rabinowitz, Esq.
MARKO & MAGOLNICK, P.A.
3001 S.W. 3rd Avenue
Miami, Florida 33129
Email: rabinowitz@mm-pa.com, and omar@mm-pa.com
*Attorneys for Defendant, Nu Life Institute, Inc.*

                                                                                *s/ Scott R. Dinin*