**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JUAN CARLOS GIL,

        Plaintiff,

v.                                   **Case No.** 11:17-cv-20877-KMW/Torres

NU LIFE INSTITUTE, INC.,

        Defendant.
_____/

## STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

      Plaintiff and Defendant, by and through undersigned counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby move this court to dismiss the instant case with prejudice pursuant to a settlement agreement entered into between the parties.

FOR THE PLAINTIFF                             FOR THE DEFENDANT

By: /s/Scott R. Dinin                      By: /s/Veronica M. Rabinowitz

| Scott R. Dinin, Esq. | Veronica M. Rabinowitz, Esq. |
|---|---|
| Scott R. Dinin, P.A. | **Marko & Magolnick, P.A.** |
| 4200 NW 7th Avenue | 3001 S.W. 3rd Avenue |
| Miami, Florida 33127 | Miami, Florida 33129 |
| Telephone: (786) 431-1333 | Office: (305) 285-2000 |
| Fax: (786) 513-7700 | Fax: (305) 285-5555 |
| srd@dininlaw.com | Rabinowitz@mm-pa.com |
| Florida Bar Number: 97780 | Florida Bar Number: 99618 |