UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:17-cv-20877-KMW

JUAN CARLOS GIL,

      Plaintiff,

vs.

NU LIFE INSTITUTE, INC.,

      Defendant.
_____/

## ORDER DISMISSING CASE

**THIS MATTER** is before the Court on the Parties' joint stipulation for dismissal with prejudice. (DE 30). Upon review of the stipulation and the record, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs. All pending motions are **DENIED AS MOOT**. All hearings, trial settings, and deadlines are **CANCELED**. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 16 day of October, 2017.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE